# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**BAYVIEW LOAN SERVICES, LLC,**
a Delaware limited liability company,
Appellant,

v.

**JOANN BUCHANAN,**
Appellee.

No. 4D20-2407

[October 20, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry J. Stone, Senior Judge; L.T. Case No. CACE18-22802(11).

Alexis Fields of Kopelowitz Ostrow Ferguson Weiselberg Gilbert, Fort Lauderdale, for appellant.

Edward M. Shahady of Edward M. Shahady, PA, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed. See PennyMac Corp. v. Frost*, 214 So. 3d 686 (Fla. 4th DCA 2017), and *Cox v. U.S. Bank and Trust*, 291 So. 3d 1026 (Fla. 4th DCA 2020).

WARNER, LEVINE and KLINGENSMITH, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***